UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
SHIMON GOTTLIB on behalf of himself
and all other similarly situated consumers

         -V-                                    ORDER
                                           CV12-5706 (JBW)

MILLER & MILONE P.C.
-------------------------------------------------X

      This court recuses itself from the captioned case. The Clerk of Court is to reassign the case by random selection.

                                                      JACK B. WEINSTEIN
                                        SR. UNITED STATES DISTRICT JUDGE

DATED: 12/5/12

