Wendy B. Shepps (WS1207)
PODVEY, MEANOR, CATENACCI,
HILDNER, COCOZIELLO & CHATTMAN, P.C.
570 Lexington Avenue
New York, New York 10022
(212) 432-7419

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHIMON GOTTLIB, on behalf of himself and all other similarly situated consumers,<br><br>Plaintiff,<br><br>- against -<br><br>MILLER & MILONE, P.C.,<br><br>Defendant. | Civil Action No.: 12 CV 5706 |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, that the above entitled action be, and the same hereby is discontinued with prejudice and without costs to any party as against any other party.

Dated: New York, New York
August 2, 2013

By: /s/ Adam Fishbein sjw/p
Adam J. Fishbein, Esq.
Attorneys for Plaintiff
483 Chestnut Street
Cedarhurst, NY 11516
Telephone: 516-791-4400

By: /s/ Wendy Shepps
Wendy B. Shepps (WS1207)
PODVEY, MEANOR, CATENACCI,
HILDNER, COCOZIELLO &
CHATTMAN, P.C.
*Attorneys for Defendant*
570 Lexington Avenue
New York, New York 10022
(973) 623-1000

**SO ORDERED:**

_____
USDJ