**ADAM J. FISHBEIN, P.C.**
ATTORNEY AT LAW

483 Chestnut Street
Cedarhurst, New York 11516

Telephone (516) 791-4400
Telecopier (516) 791-4411

September 18, 2013

**VIA ECF**
The Honorable Sterling Johnson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**RE:    Gottlib v. Miller**
       **12 CV 5706 (SJ) (MDG)**

Dear Judge Johnson:

I represent the plaintiff in the above matter.  Your Honor has scheduled a conference for September 27, 2013 which is a Jewish holy day.  (The matter was previously scheduled for Therefore, plaintiff requests that the Court adjourn the conference.  Ms. Shepps and I have agreed to file a stipulation of discontinuance in this matter which we have done.  Therefore, we request that the conference be adjourned and the stipulation "so ordered."  In compliance with Your Honor's rules, we state that we are both available on October 3, 7 and 10, 2013.

Thank you for the Court's consideration of the foregoing.


Yours faithfully,

/s/
Adam J. Fishbein

Cc:    Wendy B. Shepps, Esq.